IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

INHALATION PLASTICS, INC.

    Plaintiff,

  v.                                Case No. 2:07-CV-116
                                      JUDGE SMITH
                                      MAGISTRATE JUDGE KING

MEDEX CARDIO-PULMONARY, INC.,

    Defendant.

**ORDER**

On October 28, 2010, the United States Magistrate Judge recommended that Defendant's counterclaims not be stricken. *Order and Report and Recommendation*, Doc. No. 108. Although the parties were advised of the right to object to the recommendation, and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation,* Doc. No. 108, is **ADOPTED AND AFFIRMED**. The *Motion to Strike*, Doc. No. 99, is **DENIED**.

        **IT IS SO ORDERED.**

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**