# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**INHALATION PLASTICS, INC.,**

    Plaintiff,

  v.

**MEDEX CARDIO-PULMONARY, INC.**,

    Defendant.

Case No. 2:07-cv-00116

JUDGE GEORGE C. SMITH
Magistrate Judge King

## ORDER

On the unopposed motion of plaintiff Inhalation Plastics, Inc., Doc. No. 181, plaintiff is **GRANTED** leave to file a third amended complaint.

The Clerk is **DIRECTED** to file the *Third Amended Complaint*, which is attached to the motion.

With the filing of the *Third Amended Complaint*, the motion to dismiss, Doc. No. 179, is now moot. The Clerk is **DIRECTED** to remove Doc. No.179 from the Court's pending motions list.

*s/Norah McCann King*
**Norah McCann King**
**United States Magistrate Judge**

January 3, 2012