IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Inhalation Plastics, Inc., | : | |
| Plaintiff | : | Civil Action 2:07-cv-00116 |
| v. | : | Judge Smith |
| Medex Cardio-Pulmonary, Inc., *et al.*, | : | Magistrate Judge King |
| Defendants | : | |

ORDER

A mediation in this case will be held on June 17, 2013 at 10:00 a.m. before Magistrate Judge Mark Abel in Room 218.

s/Mark R. Abel<br>
United States Magistrate Judge