IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Inhalation Plastics, Inc., | : | |
| Plaintiff | : | Civil Action 2:07-cv-0116 |
| v. | : | Judge Smith |
| Medex Cardio-Pulmonary, Inc., | : | Magistrate Judge King |
| Defendants | : | |

## ORDER

    The parties and their counsel participated in a mediation with Magistrate Judge Mark Abel on June 17, 2013. Good faith bargaining took place, but the parties are too far apart on their evaluations of the merits of the remaining claims in the third amended complaint and counterclaim to establish a range for meaningful negotiations.

    The parties are ready to proceed to trial.

s/Mark R. Abel<br>
United States Magistrate Judge