UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**INHALATION PLASTICS, INC.,**

    **Plaintiff,**

    **v.**

**MEDEX CARDIO-PULMONARY, INC.
SMITHS MEDICAL ASD, INC.
a/k/a SMITHS MEDICAL and d/b/a
SMITHS MEDICAL,**

    **Defendants.**

**MEDEX CARDIO-PULMONARY, INC.,**

    **Counter-Plaintiff,**

    **v.**

**INHALATION PLASTICS, INC.,
WALTER LEVINE and
DAVID LEVINE,**

    **Counter-Defendants.**

Case No. 2:07-cv-116

Judge Michael H. Watson

Magistrate Judge Jolson

## AGREED ENTRY RESOLVING NOTICE OF ATTORNEY LIEN

This matter is before the Court on the petition of non-parties Matthew Tanner and Richard Lehman to enforce an attorney lien, ECF No. 409. Plaintiff/Counter-Defendants have disputed the enforceability of the lien. Previously, the Court had ordered $100,000 to be deposited with the Clerk and

directed the Clerk to place those funds in an interest-bearing account pending resolution of the lien issue. *See* ECF No. 403.

The parties have notified the Court that they have resolved the dispute over the attorney lien. Accordingly, the Court **ORDERS** the following per agreement of the parties:

1. The petition to enforce filed by Messrs. Tanner and Lehman, EFC No. 409, is deemed withdrawn.

2. The Clerk shall distribute all funds that were deposited as follows:

   a. $37,500 payable to Matthew Tanner.

   b. $37,500 payable to Richard Lehman.

   c. $25,000 plus any and all interest accrued on all of the deposited funds payable to Inhalation Plastics, Inc.

**IT IS SO ORDERED.**

          **/s/ Michael H. Watson**
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

*Agreed:*

| /s/ Barton R. Keyes | /s/ Matthew D. Tanner (per email auth.) |
|---|---|
| Rex H. Elliott (0054054) | Matthew D. Tanner |
| Barton R. Keyes (0083979) | Roeser Tanner & Graham LLC |
| Adam P. Richards (0085335) | 2 North Riverside Plaza |
| Cooper & Elliott, LLC | Suite 1850 |
| 2175 Riverside Drive | Chicago, Illinois 60606 |
| Columbus, Ohio 43221 | (312) 300-2522 |
| | mtanner@rtglaw.com |

| | |
|---|---|
| (614) 481-6000 <br> (614) 481-6001 (Facsimile) <br> rexe@cooperelliott.com <br> bartk@cooperelliott.com <br><br> Attorneys for Plaintiff/Counter-Defendant Inhalation Plastics, Inc. and Counter-Defendants David Levine and Walter Levine | Attorney for Matthew D. Tanner and Richard H. Lehman, sole members of Tanner & Lehman, LLC |